SNYDER LAW, a Professional Corporation                              JS-6
Barry Clifford Snyder (SB# 62844)
Diana A. Pugh (SB# 245202)
4050 Calle Real, Suite 200
Santa Barbara, CA 93110
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801

Attorneys for Defendant
SCHNEIDER NATIONAL CARRIERS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CARMEN JAVIER, VINCENT PETTY,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN R. ANDERSON, SCHNEIDER NATIONAL CARRIERS, and DOES 1 to 50,<br><br>Defendants.<br>_____/<br>AND ALL RELATED CROSS-ACTIONS.<br>_____/ | Case No. 2:09-CV-04433-GAF-PJW<br><br>ORDER ON<br>**STIPULATION OF DISMISSAL** |

**TO THE CLERK OF THE ABOVE-REFERENCED COURT:**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: July 1, 2009                         SNYDER LAW, a Professional Corporation

                                            By: Barry Clifford Snyder / Diana A. Pugh
                                            Attorneys for Defendant, SCHNEIDER NATIONAL CARRIERS, INC.

Dated: July 9, 2009

LAW OFFICES OF GOLDBERG & GILLE

By: Randolph K. Gille
Attorneys for Plaintiffs, CARMEN JAVIER and VINCENT PETTY and Cross-Defendant, CARMEN JAVIER

**IT IS SO ORDERED.**

**DATED:** July 10, 2009

_____
**UNITED STATES DISTRICT JUDGE**